### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS R. CRUZ-COSS** | CIVIL NO. 21-1064 |
| PLAINTIFF | |
| VS. | RETALIATION, AND TORT DAMAGES |
| **MR SUN CONCRETE, INC.;** **INSURANCE COMPANY XYZ;** **COMPANY ABC;** **JOHN & JANE DOE.** | TRIAL BY JURY DEMANDED |
| DEFENDANTS | |

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

  **COMES NOW, Luis R. Cruz-Coss** ("Plaintiff"), **Mr Sun Concrete** ("MS Concrete") and **Universal Insurance Company** ("Universal") (jointly "Parties") through the undersigned attorney and very respectfully states, alleges and prays as follows:

  1. Pursuant to Fed. R. Civ. P. 41(a)(1) the Parties to this action, through their respective counsel, have conferred and stipulated to dismiss this action with prejudice.

  2. Accordingly, the Parties request the voluntary dismissal with prejudice of all claims of Plaintiff against Defendants, MS Concrete and Universal.

  3. Finally, the Parties request that the Judgment issued by this Honorable Court be final and unappealable from the date that it is entered and notified by the Clerk of the Court.

  **WHEREFORE**, the Parties very respectfully pray that this Honorable Court dismiss the instant action on its entirety with prejudice without imposition of costs and attorney's fees.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico, on this 16th day of August, 2022.

| | |
|---|---|
| */S/VICTOR M. RIVERA-RIOS*<br>VICTOR M. RIVERA-RIOS<br>USDC BAR NUMBER 301202<br>1420 FERNANDEZ JUNCOS AVE<br>SAN JUAN, PR 00909<br>Tel: (787) 727-5710<br>Fax: (787) 268-1835<br>Cel: (787) 565-3477<br>E-Mail: victorriverarios@rcrtrblaw.com<br>    info.vrr@rcrtrblaw.com | SANTORI AYMAT & RIVERA, LLC<br>PO Box 19115<br>San Juan, P.R. 00910<br>Tel: (787) 523-4030<br>Fax: (787) 523-4031<br>E-M: debbie.rivera@sarlawpr.com<br>    paulina.mendez@sarlawpr.com<br><br>/S/DEBBIE E. RIVERA RIVERA<br>   USDC-PR-219409<br><br>/S/PAULINA MÉNDEZ GORDILS<br>   USDC-PR 307507 |